UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALLOW ALIMATOU,

                Plaintiff,

-against-

MOROCO AIRLINE/ROYAL AIR MAROC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2026_

26 Civ. 697 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Defendant has filed a notice of removal in the above-captioned action.  ECF No. 1.  By **February 5, 2026**, Defendant shall serve a copy of the notice of removal, the summons to appear filed at ECF No. 1-1, and this order upon the Plaintiff, and shall file proof of service of the same on the docket.  By **February 19, 2026**, Plaintiff shall indicate to the Court whether he contests removal.

       SO ORDERED.

Dated:  January 29, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge