UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JALLOW ALIMATOU,

26-CV-00697 (AT) (VF)

                        Plaintiff,

**ORDER**

              -against-

MOROCO AIRLINE/ROYAL AIR MAROC,

                       Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On January 27, 2026, Defendant removed this case from the Civil Court of the City of New York, County of Bronx. ECF No. 1. On January 29, 2026, Plaintiff was ordered by the Court to indicate whether he contested removal by February 19, 2026. See ECF No. 5. Defendant served the notice of removal, answer, and January 29 court order on pro se Plaintiff at his home address, and proof of service was filed on the docket. ECF No. 6. Plaintiff failed to respond to the Court's order and has otherwise not appeared.

Plaintiff is hereby warned that failure to respond or appear can result in the case being dismissed for failure to prosecute. Plaintiff is hereby ordered to file a response as to whether he contests removal by **March 31, 2026.**

The Clerk of the Court is respectfully directed to mail ECF Nos. 1, 5, and this order to pro se Plaintiff at 2063 Virgil Place, Bronx, New York, 10473.

**SO ORDERED.**

DATED:    New York, New York
           March 4, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge