UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JALLOW ALIMATOU,

                         26-CV-00697 (AT) (VF)

                Plaintiff,

                            **ORDER**

       -against-

MOROCO AIRLINE/ROYAL AIR MAROC,

                Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference today, July 1, 2026, but Plaintiff did not appear. The Court understands from Defendant that a settlement has been reached. Defendant is directed to file a status update on settlement by **August 5, 2026** if a stipulation of dismissal has not been filed before that date.

The Clerk of the Court is respectfully directed to mail a copy of this order to pro se Plaintiff at 2063 Virgil Place, Bronx, New York, 10473.

      **SO ORDERED.**

DATED:     New York, New York
            July 1, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge