UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JALLOW ALIMATOU,

Plaintiff,

-against-

MOROCO AIRLINE/ROYAL AIR MAROC,

Defendant.

-----------------------------------------------------------------X

26-CV-00697 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court directed the parties to file an update on the status of settlement by September 3, 2026. ECF No. 15. No update was filed. The parties are directed to file a status update on settlement by **September 25, 2026**.

The Clerk of the Court is respectfully directed to mail this order to pro se Plaintiff at 2063 Virgil Place, Bronx, New York, 10473.

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge